# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KELLY N. WILKERSON                                    Case Number: 07-72798
2109 SHAW WOODS DRIVE              SSN-xxx-xx-1044
ROCKFORD, IL  61107

Case filed on:            11/15/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $6,173.07          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY BRENT BLAIR | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| | | | | | |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 1,461.86 | 1,461.86 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 2,098.45 | 2,098.45 | 0.00 | 0.00 |
|  | Total Priority | 3,560.31 | 3,560.31 | 0.00 | 0.00 |
| | | | | | |
| 999 | KELLY N. WILKERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | CAPITAL ONE AUTO FINANCE | 26,306.13 | 26,306.13 | 2,872.47 | 2,251.19 |
| 002 | ELITE MOTORS | 2,800.00 | 2,800.00 | 337.80 | 253.39 |
|  | Total Secured | 29,106.13 | 29,106.13 | 3,210.27 | 2,504.58 |
| | | | | | |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 471.46 | 471.46 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 10,519.11 | 10,519.11 | 0.00 | 0.00 |
| 005 | ADT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICASH LOANS LLC | 1,514.95 | 1,514.95 | 0.00 | 0.00 |
| 007 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 815.06 | 815.06 | 0.00 | 0.00 |
| 009 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ENCIRCLE CHECK COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHARMING SHOPPES | 360.39 | 360.39 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 412.62 | 412.62 | 0.00 | 0.00 |
| 014 | KEITH MORSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MACYS RETAIL HOLDINGS INC | 1,435.68 | 1,435.68 | 0.00 | 0.00 |
| 016 | MAYA LAWN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 1,627.90 | 1,627.90 | 0.00 | 0.00 |
| 018 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD HEALTH PHYSICIANS | 29.00 | 29.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 657.00 | 657.00 | 0.00 | 0.00 |
|  | Total Unsecured | 17,843.17 | 17,843.17 | 0.00 | 0.00 |
| | | | | | |
|  | Grand Total: | 53,509.61 | 53,509.61 | 3,210.27 | 2,504.58 |

Total Paid Claimant:      $5,714.85
Trustee Allowance:        $458.22              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009              By  /s/Heather M. Fagan